JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAGTRENDS, INC., a California Corporation; TAGTRENDS ASIA, a Hong Kong corporation; and ROBERT MICHAEL HAROUTOONIAN aka ROB HART, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NORDSTROM, INC., a Washington corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. SACV13-563-JVS (JPRx)<br><br>**JUDGMENT FOR DEFENDANT NORDSTROM, INC.; ORDER GRANTING SUMMARY JUDGMENT** |

1    Having considered Defendant Nordstrom, Inc.'s motion for summary judgment,
2 and the evidence submitted in support and in opposition thereto, judgment is hereby
3 entered in favor of Defendant Nordstrom, Inc., and against Plaintiffs on all counts.
4 Plaintiffs shall take nothing from Defendant Nordstrom, Inc.

6    **IT IS SO ORDERED.**

8 DATE: October 07, 2014

_____
THE HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE